# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RODNEY SMITH
    Plaintiff,

V.

BANK OF AMERICA N.A.

PIERCE & ASSOCIATES
CHRISTOPHER IARIA
R. ELLIOTT HALSEY
DAVID ALLEN DRESCHER
NICKOLAS SCHAD
    Defendant(s)

CIVIL NO:

**FILED**
FEB 1 3 2014
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

**14-cv-01041**
**Judge James F. Holderman**
**Magistrate Judge Maria Valdez**

DEMAND FOR JURY TRIAL

## COMPLAINT

Plaintiff, RODNEY SMITH, individually, hereby sues Defendant(s), BANK OF AMERICA N.A., PIERCE & ASSOCIATES, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, (hereinafter "FDCPA"), and The Illinois Collection Agency Act ("ICAA") § 227 ILCS 425/9 (15)(a), 425/9 (15d), 425/9.2 (a)(a1), 425/9.3(a)(b)(c).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by plaintiff against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, (FDCPA), and The Illinois Collection Agency Act ("ICAA") § 227 ILCS 425/9 (15)(a), 425/9 (15d), 425/9.2 (a)(a1), 425/9.3(a)(b)(c).

2. Upon information and belief, Plaintiff contends that many of these practices are widespread by the defendant. Plaintiff intends to profound discovery to Defendant identifying these other individuals who have suffered similar violations.

1

3. Plaintiff contends that the defendant has violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1692(k)(d) (FDCPA) and 28 U.S.C. §1331 supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §§1331, 1337 and 1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. All conditions precedent to the bringing of this action have been performed, waived or excused.

7. This is an action for damages which exceed $5,000.00.

## PARTIES

8. Plaintiff, Rodney Smith, is a natural person and is a resident of the Northern District of Illinois.

9. On information and belief Defendant, BANK OF AMERICA, N.A. (BOA) is a banking corporation and Parent of BAC Home Loans Servicing, LP authorized to do business in Illinois with their principal place of business located at 231 South La Salle Street Chicago, Illinois 60604.

10. On information and belief Defendant, BANK OF AMERICA, N.A. (BOA) is a debt collector as defined by 15 U.S.C. §1692 et seq. and is a mortgage loan servicer with its principal place of business located at 100 North Tryon Street Charlotte, North Carolina.

11. On information and belief Defendant, PIERCE & ASSOCIATES is an Illinois licensed law firm authorized to do business in Illinois with their principal place of business located at 1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

12. On information and belief Defendant, PIERCE & ASSOCIATES is a debt collector as defined by 15 U.S.C. §1692 et seq. and its principal place of business is located at1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

13. On information and belief Defendant, PIERCE & ASSOCIATES is an Illinois licensed law firm authorized to do business in Illinois with their principal place of business located at 1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

14. On information and belief Defendant, Christopher Iaria is a licensed attorney and debt collector as defined by 15 U.S.C. §1692 et seq. with PIERCE & ASSOCIATES licensed number is unknown at this time. On information and belief his principal place of business is located at 1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

15. On information and belief Defendant, R. Elliott Halsey is a licensed attorney ARDC #8283033 and debt collector as defined by 15 U.S.C. §1692 et seq. with PIERCE & ASSOCIATES his principal place of business is located at 1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

16. On information and belief Defendant, David Allen Drescher is a licensed attorney ARDC #6301378 and debt collector as defined by 15 U.S.C. §1692 et seq. with PIERCE & ASSOCIATES his principal place of business is located at 1 North Dearborn, Suite1300 Chicago, Illinois 60602.

17. On information and belief Defendant, Nickolas Schad is a licensed attorney and debt collector as defined by 15 U.S.C. §1692 et seq. with PIERCE & ASSOCIATES his principal place of business is located at 1 North Dearborn, Suite 1300 Chicago, Illinois 60602.

18. This is an action for damages which exceed $5,000.

## FACTUAL ALLEGATIONS

19. Defendants Bank of America and Pierce and Associates claims an interest in the Countrywide mortgage loan as servicer and debt collector. However neither defendant; Bank of America or Pierce and Associates or its agents have or had an interest in the subject mortgage for the following reasons.

20. Fact- the assignment of mortgage by Defendant Pierce & Associates and Bank of America is false.

21. Fact- the endorsements on the note are false, fraudulent and unauthorized.

3

22. Fact- Defendant Bank of America and its agents made negative credit references on Plaintiffs credit reports with all three credit reporting agencies; they sent dunning letters to Mr. Smith claiming that it was the rightful owner of his mortgage. **See Exhibits A-D**
23. Fact-Plaintiff Smith relied on these misrepresentations to his detriment as he paid monies to Defendant Bank of America.
24. Fact-The false assignment of mortgage was a material misrepresentation designed to bolster the false belief in Rodney Smith that Defendant Bank of America was the rightful owner of the Smith mortgage.
25. Fact- When Plaintiff Smith questioned Defendants Bank of America, and its agents, Pierce and Associates about the legitimacy of Bank of America's ownership in his mortgage, those defendants responded with further dunning letters and misrepresentations that the debt owed to Defendant Bank of America was legitimate. **See EXHIBIT A**
26. Fact- Plaintiffs asserts that his note and mortgage clearly identify (Countrywide Bank, FSB) as the Lender and Owner of the note and mortgage.
27. Fact- Plaintiff asserts that only the real party in interest in foreclosure actions must be the proper holder of the note and mortgage.
28. Plaintiff contends that defendants' Bank of America, its agents and Pierce & Associates and its agent's failure to comply with **conditions precedent** in both the note and mortgage, results in a lack of standing and failure of the proper Holder in Due Course to bring forth prosecution.
29. Plaintiff never received notice of transfer or assignment from the Defendants which is a violation of both State and Federal law and a breach of agreement.
30. Defendant Pierce & Associates claims an interest in the Countrywide Mortgage loan as debt collector acting on behalf of Bank of America.
31. Plaintiff's asserts that Defendant Bank of America is acting merely as a custodian of the note and not the note holder and Holder in Due Course.
32. Plaintiff asserts that defendant Bank of America failure to show the exact date of the purported assignment wherein Plaintiff challenge its authenticity and accuracy.

## COUNT I

**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692**
**BY DEFENDANTS BANK OF AMERICA, PIERCE & ASSOCIATES AND ITS AGENTS**

4

33. Plaintiff Smith reaffirms and re-alleges paragraphs 1-32 as though fully set forth herein.
34. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).
35. Defendants Bank of America and Pierce & Associates are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6)
36. Defendants violated FDCPA 15 U.S.C. § §1692a(6), 1692E(2)(5)(10) through false or misleading representations within their communications to plaintiff.

WHEREFORE, Plaintiff demands judgment for damages against Bank of America and Pierce & Associates for actual and statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692 et seq.

## COUNT II
## VIOLATION OF THE ILLINOIS COLLECTION AGENCY ACT
## (ICAA) §225 225 ILCS 425 et seq
## BY DEFENDANTS BANK OF AMERICA, PIERCE & ASSOCIATES AND ITS AGENTS

37. Plaintiff Smith reaffirms and re-alleges paragraphs 1-32 as though fully set forth herein.
38. Plaintiff is a consumer within the meaning of the ICAA § (225 ILCS 425/2)
39. Defendants Bank of America and Pierce and Associates are debt collectors within the meaning of the §225 ILCS 425/9.
40. Defendants violated ICAA § § (225 ILCS 424/9(18) by disclosing or threatening to disclose information concerning the existence of a debt which the debt collector knows to be reasonably disputed by the debtor without disclosing the fact that the debtor disputes the debt.
41. Defendants violated ICAA § § (225 ILCS 425/9(20)(26) by attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist. Misrepresenting the amount of the claim or debt alleged to be owed.

5

WHEREFORE, Plaintiff demands judgment for damages against Bank of America for actual damages, statutory damages, attorney's fees and costs, pursuant to (ICAA) §225 225 ILCS 425 et seq.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted February 13, 2014

*/s/ Rodney Smith*

RODNEY SMITH
21154 WHITNEY DR
MATTESON, ILLINOIS 60443
708-720-1813
Rodney.Smith1219@gmail.com

6

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODNEY SMITH<br>　　　　Plaintiff, | CIVIL NO: |
| V. | |
| BANK OF AMERICA, N.A.<br>PIERCE & ASSOCIATES<br>CHRISTOPHER IARIA<br>R. ELLIOT HALSEY<br>DAVID ALLEN DRESCHER<br>NICKOLAS SCHAD | **DEMAND FOR JURY TRIAL** |
| 　　　　Defendant(s) | |

## AFFIDAVIT

STATE OF: <u>ILLINOIS</u>

COUNTY OF: <u>COOK</u>

BEFORE ME personally appeared Rodney Smith Plaintiff who, being by me first duly sworn and identified in accordance with Illinois law, deposes and says:

1. My name is Rodney Smith Plaintiff, herein.

2. I admit under penalty of perjury that I have read and understood the attached foregoing complaint filed herein, and each fact alleged therein is true and correct of my own 1st hand personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Rodney Smith Plaintiff, Affiant

SWORN TO and subscribed before me this 13TH day of February 2014.

_Anne Kruk_　　　　　　　　　　　7-14-15
Notary Public　　　　　　　　　　　My commission expires:

> OFFICIAL SEAL
> ANNE KRUK
> Notary Public - State of Illinois
> My Commission Expires Jul 14, 2015

7

## CERTIFICATE OF SERVICE

I do hereby certify that I have on February 13, 2014 served a copy of the forgoing **RODNEY SMITH'S AFFIDAVIT TO ALL DEFENDANTS, BANK OF AMERICA, N.A., PIERCE & ASSOCIATES; ITS AGENTS, CHRISTOPHER IARIA, R. ELLIOT HALSEY, DAVID ALLEN DRESCHER, AND NICKOLAS SCHAD** which has been filed with the Clerk of the United States District Court for the Northern District of Illinois upon BANK OF AMERICA and PIERCE and ASSOCIATES via U.S. mail with proper postage prepaid.

PIERCE AND ASSOCIATES
Christopher Iaria # Bar No. Unknown
312-346-5608
R. Elliot Halsey ARDC# #8283033
312-346-5206
David Allen Drescher ARDC# 6301378
312-346-5608
Nickolas Schad
312-476-5648
nschad@atty-pierce.com
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
**312-346-9088**

ATTORNEYS FOR DEFENDANT BANK OF AMERICA

Respectfully

_____
RODNEY SMITH -*Pro Se* **#99500**
21154 WHITNEY DR
MATTESON, ILLINOIS 60443
TEL: 312-545-8688
Rodney.Smith1219@gmail.com

**EXHIBIT A**

PIERCE & ASSOCIATES
ATTORNEYS AT LAW
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

**THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

June 2, 2011

RODNEY SMITH; 21154 WHITNEY DRIVE; MATTESON, IL 60443

RE: 21154 WHITNEY DRIVE, MATTESON, IL 60443
Servicer: BANK OF AMERICA, FKA COUNTRYWIDE HOME LOANS, INC. (TEXAS)

Dear Mortgagor(s)/Borrower(s):

This office has been hired by BANK OF AMERICA, FKA COUNTRYWIDE HOME LOANS, INC. (TEXAS) ; the Servicer of the above referenced mortgage loan to commence foreclosure proceedings.

We are required by law to advise you of certain information as well as your rights pursuant to the Fair Debt Collection Practices Act. This information is as follows:

1. The total amount of the debt due on the Mortgage and Note as of the date of this letter, is $ 444,557.16. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay this amount may have increased. Therefore, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write or call our office at (312)346-9088 and ask for the payoff-reinstatement department. Any funds to pay the total debt should be sent in the form of certified funds, cashiers check or money order to Pierce & Associates, P.C., attention Payoff and Reinstatement Dept., 1 N. Dearborn, Suite 1300, Chicago, Illinois, 60602.

2. The name of the current Creditor to whom the debt is owed is BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP.

3. Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, our office will assume that it's valid. If you do dispute it by notifying our office in writing, we will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, our office will furnish that

information too. Please direct any written communication to Pierce & Associates, P.C., Attention: Fair Debt Clerk, 1 N. Dearborn St., Suite 1300, Chicago, Illinois 60602.

4. The law does not require our office to wait until the end of the thirty-day period before suing you to collect the debt or commencing any foreclosure action. If, however, you request proof of the debt or the name and address of the original creditor within that thirty-day period that begins with the receipt of this letter, the law requires our office to suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

5. If this debt has been discharged in a Chapter 7 Bankruptcy and you have not reaffirmed this debt, please be advised that you will not be found personally liable for this debt. However, we will still commence foreclosure proceedings against the real estate.

6. Pursuant to the Fair Debt Collection Practices Act, the firm of Pierce & Associates is deemed to be a debt collector and any information we receive, will be used for that purpose.

Sincerely,

Pierce & Associates, P.C.
Attorneys at Law

Our File# 107563
(validate)

Www. Equifax. Com/fcra
Atlanta GA 30348

December 15, 2013



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com


001537637-549
Rodney Smith
21154 Whitney Dr
Matteson, IL 60443-3045

Dear Rodney Smith:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

Thank you for also requesting your credit score. Credit scores are generated by applying a risk scoring model to information in an individual's credit file.

**Your Equifax® credit score of 562 was created on December 15, 2013 and was based on the contents of your Equifax credit file on that date.**

NOTE: This credit score is an Equifax Risk Score℠, which ranges between 280 and 850. Higher scores generally reflect better credit standing.

| The key factors that affected your credit score are: | |
|---|---|
| Reason Code | Explanation |
| 00202 | There are one or more accounts with a major derogatory event in your credit file |
| 00080 | The age of accounts in your credit file |
| 00068 | The length of time since credit cards have been opened in your credit file |
| 00294 | There is insufficient information, or no account history, for mortgage accounts |

The above information and credit scoring model may be different than the credit score used by a lender. Lenders and other credit grantors may use their own custom scoring model or one developed by another company.

You may complete the enclosed Research Request Form and return it to:

Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at:** *1-877-SCORE-11.*

**EXHIBIT B**

### Bank of America, N.A. — 4161 Piedmont Pkwy, Greensboro NC 27410-8110; (800) 451-6362

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|
| 9046* | 03/06/2008 | $356,500 | | 30 Years | Monthly | | |

| Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $352,857 | $189,268 | 03/2011 | | $2,587 | | 10/2008 | | 61 | | | | |

Items As of Date Reported: 1/06/2013

Status - Collection Account; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Collection Account; Foreclosure Process Started; Real Estate Mortgage;

**Account History with Status Codes**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 4 |
| 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | | | | | | | |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 2 | 1 | | | | | | | |

### Bank of America, N.A. — 4161 Piedmont Pkwy, Greensboro NC 27410-8110; (800) 451-6362

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|
| 6884* | 05/17/2007 | $282,367 | | 30 Years | Monthly | | 03/2008 |

| Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 | | 03/2008 | | $0 | 03/2008 | | | 8 | | | | |

Items As of Date Reported: 04/17/2013

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Real Estate Mortgage; Conventional Mortgage;

### Bank of America, N.A. — 4161 Piedmont Pkwy, Greensboro NC 27410-8110; (800) 451-6362

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|
| 6884* | 05/17/2007 | $70,592 | $70,592 | | Monthly | | 03/2008 |

| Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 | | 03/2008 | | $405 | 03/2008 | | | 9 | | | | |

Items As of Date Reported: 04/17/2013

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Home Equity Loan;

**EXHIBIT C**

-Begin Credit Report-

TransUnion.

## Personal Information

You have been on our files since 10/01/1977

N: XXX-XX-8068

Date of Birth: 12/19/1958

**Names Reported:** RODNEY SMITH

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 21154 WHITNEY DR, MATTESON, IL 60443 | 06/22/2007 | 314 MINOCQUA ST, PARK FOREST, IL 60466-1933 | 04/11/2005 |
| | | 21154 WITHNEY AVE, MATTESON, IL 60443 | 08/04/2007 |
| 211154 WHITNEY DR, MATTESON, IL 60443 | 03/17/2008 | | |

### Telephone Numbers Reported:

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position |
|---|---|---|---|
| FEDEX FEDERAL EXPRESS | 08/18/2008 | | |
| FEDEX SERVICES | 03/14/2005 | CHICAGO, IL | SALES EXEC |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

AID    ACCT INFO DISPUTED BY CONSUMR         CAD    DISPUTE ACCT/CLSED BY CONSUMR       CBC    ACCOUNT CLOSED BY CONSUMER
CRG    CLOSED BY CREDIT GRANTOR              CLO    CLOSED                              FPK    FORECLOSURE INITIATED
>PRL<  UNPAID BALANCE CHARGED OFF

## Adverse Accounts

**BAC HOME LOANS SERV LP #19046****** ( 4161 PIEDMONT PKWY, GREENSBORO, NC 27410, (800) 451-6362 )

| | | | |
|---|---|---|---|
| Date Opened: 03/12/2008 | Date Updated: 12/10/2013 | Pay Status: >Account 120 Days Past Due Date< |
| Responsibility: Individual Account | Payment Received: $0 | Terms: $2,587 per month, paid Monthly for 360 months |
| Account Type: Mortgage Account | Last Payment Made: 03/14/2011 | |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | | >Maximum Delinquency of 120 days in 01/2009 for $11,930 and in 12/2013 for $196,386< |

**High Balance:** High balance of $356,500 from 11/2013 to 12/2013
**Mortgage Info:** Fannie Mae ID #1001337000030579943 Acct #1706491564
**Estimated month and year that this item will be removed: 09/2015**

| | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $352,857 | $352,857 | | | | | | | | | | |
| Scheduled Payment | $2,587 | $2,587 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | | | | | | | | | | | | |
| Remarks | | | | | | | | | | | | |
| Rating | | | | | | | | | X | X | | |

| | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

To dispute online go to: http://transunion.com/disputeonline

# EXHIBIT D

**Experian** — A world of insight

Page 3 of 20

Prepared for: **RODNEY SMITH**
Date: **December 18, 2013**
Report number: **3450-1036-81**

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

- Current/Terms of agreement met
- Account 30 days past due
- Account 60 days past due
- Account 90 days past due
- Account 120 days past due
- Account 150 days past due
- Account 180 days past due
- Creditor received deed
- Foreclosure proceedings started
- Foreclosed
- Voluntarily surrendered
- Repossession
- Paid by creditor
- Insurance claim
- Claim filed with government
- Defaulted on contract
- Collection
- Charge off
- **CLS** Closed
- **ND** No data for this time period

## Credit items

**BANK OF AMERICA, N.A.**
4161 PIEDMONT PKWY
GREENSBORO NC 27410
**Phone number**
(800) 451 6362
**Partial account number**
19046....
**Address identification number**
0655720599
**Mortgage Identification Number**
100133700030579943
**Fannie Mae ID**
1706491564

**Date opened** Mar 2008
**First reported** May 2008
**Date of status** Dec 2013

**Type** Mortgage
**Terms** 30 Years
**Monthly payment** $2,587

**Credit limit or original amount** $356,500
**High balance** Not reported

**Recent balance** $352,857 as of Dec 2013

**Responsibility** Individual
**Status** Foreclosure proceedings started. $196,386 past due as of Dec 2013. This account is scheduled to continue on record until Jul 2015.
**Your statement** "IN DISPUTE WITH BANK OF AMERICA AND THEIR LEGAL RIGHT OF STANDING AND ANY AMOUNTS REPORTED AS OWED"
**Creditor's statement** "Foreclosure proceedings started." This item was updated from our processing of your dispute in Oct 2013.

**Payment history**

2013 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2012 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2011 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2010 DEC NOV OCT SEP AUG JUL
2010 JUN MAY APR MAR FEB JAN ND ND ND
2009 DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN ND
2008 DEC NOV OCT SEP AUG JUL JUN MAY