**FILED**

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FEB 1 3 2014

THOMAS G. BRUTON
U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: RODNEY SMITH
(Please print)

STREET ADDRESS: 21154 WHITNEY DR.

CITY/STATE/ZIP: MATTESON, ILL 60643

PHONE NUMBER: 708-720-1813

CASE NUMBER: _____

_Rodney Smith_  2/13/2014
Signature          Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

Rodney.Smith1219@gmail.com
E-Mail Address

**14-cv-01041**
**Judge James F. Holderman**
**Magistrate Judge Maria Valdez**